**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
*Kimberly Clark De Mexico SAB De CV*
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667
Attorney: Lawrence C. Glynn (LG 6431)
CG File No.: 42.041520.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KIMBERLY CLARK De MEXICO SAB De CV,

        Case No.:    20 Civ. 7299 (PKC)

        Plaintiff,

        **STATEMENT**
        **PURSUANT TO RULE 7.1**

-against-

BRECO LOGISTICS, LLC,

        Defendant.
-----------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are, or may be, publicly held:

    Kimberly-Clark (NYSE:KMB)

Dated: Little Neck, New York
       September 9, 2020

          *Lawrence C. Glynn*
          Lawrence C. Glynn (LCG-6431)