UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Allianz Mexico S.A., *as subrogee of*
Kimberly Clark De Mexico SAB De CV ,   20 Civ. 7299 (PKC)

                Plaintiff,

      -against-   ORDER

Breco Logistics LLC,

               Defendants.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

      The initial pretrial conference originally scheduled for November 4, 2020 is adjourned to January 19, 2021 at 2:00 p.m.  Call-in Number:  1-888-363-4749, Access Code:  3667981.

      SO ORDERED.

                                           P. Kevin Castel
                                         United States District Judge

Dated:   New York, New York
         November 4, 2020