```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| Kimberly Clark De Mexico SAB De CV, | |
| Plaintiff, | 20-cv-7299 (AJN) |
| –v– | ORDER |
| Breco Logistics, LLC, *et al.*, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

ALISON J. NATHAN, District Judge:

The above-referenced case has been assigned to this Court. The Complaint was filed with the Court on **September 8, 2020**, but our files reflect that the Complaint was never served on the Defendants. It is hereby

ORDERED that the Plaintiff file a letter with the Court explaining why Plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the Defendants have been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any communication from you by **April 15, 2021** showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

IT IS FINALLY ORDERED that the initial pretrial conference scheduled for March 26, 2021 is hereby adjourned *sine die*.

In addition, in the event that your address changes, please be sure to inform the Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated: March 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge