USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Kimberly Clark De Mexico SAB De CV,

    Plaintiff,

–v–

Breco Logistics LLC,

    Defendant.

---

20-cv-07299 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Plaintiff filed a complaint on September 8, 2020 and has since failed to serve the summons and complaint on the Defendant. On March 19, 2021, the Court ordered the Plaintiff to show cause by April 15, 2021 for why it had failed to timely serve the Defendant and warning that failure to do so may result in dismissal. Dkt. No. 10. After the Plaintiff failed to respond, the Court gave the Plaintiff another opportunity to show cause, and the Plaintiff again failed to make a submission. This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: May 6, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge